SHEPPARD MULLIN RICHTER & HAMPTON LLP
JENNIFER G. REDMOND, Cal. Bar No. 144790
jredmond@sheppardmullin.com
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
baigboboh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415.434.9100
Facsimile: 415.434.3947

SHEPPARD MULLIN RICHTER & HAMPTON LLP
JAMES V. FAZIO, Cal. Bar No. 183353
jfazio@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130
Telephone: 858.720.8900
Facsimile: 858.509.3691

*Attorneys for Defendant*
COMPASS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UMRO REALTY CORP., a California Corporation, dba THE AGENCY; RAINY HAKE AUSTIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS, INC., a New York Corporation, dba COMPASS; and DOES 1-5,<br><br>Defendants. | Case No. 2:21-cv-03293-GW-JEM<br><br>*Assigned to the Hon. George H. Wu*<br><br>**DEFENDANT COMPASS, INC.'S NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING DETERMINATION OF WRIT PETITION**<br><br>[*Memorandum of Points and Authorities*, and *[Proposed] Order submitted concurrently herewith*]<br><br>**Hearing**<br>Date: August 30, 2021<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Ctrm.: 9D<br><br>Complaint Filed: April 16, 2021 |

Case No. 2:21-cv-03293-GW-JEM

SMRH:4842-0984-6514.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on August 30, 2021 at 8:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 9D of the United States District Court for the Central District of California, Western Division, located at 50 West 1st Street, Los Angeles, California 90012, the Honorable George H. Wu presiding, Defendant Compass, Inc. ("Compass") will and hereby does move the Court for an order staying this action – including determination of Compass's pending *Motion to Dismiss or Transfer* (Dkt. 19) – until the United States Court of Appeal for the Ninth Circuit's resolves the *Petition for Writ of Mandamus* in *In re World Financial Group Insurance Agency, Inc.*, No. 20-73758 (9th Cir. Dec. 22, 2020) on appeal from the district court's decision in *Yeomans v. World Fin. Group Ins. Agency, Inc.*, No. 19-cv-00792-EMC, 2019 WL 5789273 (N.D. Cal. Nov. 6, 2019).

This *Motion* is made on the grounds that the pending *Petition for Writ of Mandamus* raises a question related to California Labor Code section 925, the answer of which has the potential to be dispositive of Compass's *Motion to Dismiss or Transfer*. Specifically, the *Petition for Writ of Mandamus* asks the Ninth Circuit whether:

> the District Court [in *Yeomans*] err[ed] by ignoring United States Supreme Court authority in *Stewart* [*Organization, Inc. v. Ricoh Corp.*, 487 U.S. 22 [(1988)], which holds federal law governs any decision to enforce a forum selection clause, and *Atlantic Marine* [*Const. Co., Inc. v. U.S. Dist. Court for W. Dist. of Texas*], 134 S.Ct 568 [(2013)], which provides "a district court should transfer the case unless extraordinary circumstances unrelated to the convenience of the parties clearly disfavor a transfer?"

The Ninth Circuit's answer to this question has direct bearing on the key issue presented by Compass's *Motion to Dismiss or Transfer* – namely, whether Plaintiffs Rainy Hake Austin's and Umro Realty Corp.'s singular reliance on California Labor Code section 925 – a statute that makes forum selection clause voidable only where, *inter alia*, an employee not represented by counsel primarily resides and works in California – is sufficient to demonstrate the type of strong public policy necessary to

1  overcome the well-established and robust federal policy in favor of enforcement of
2  forum selection clauses.
3      This *Motion* is based on this *Notice of Motion* and *Motion to Stay*, the
4  accompanying *Memorandum of Points and Authorities*, all pleadings, papers and
5  other documentary materials in the Court's file for this action, those matters of which
6  the Court may or must take judicial notice, and such other matters as the Court may
7  consider.
8      This *Motion* is made following the oral argument of counsel before the Court
9  on July 19, 2021, in lieu of the conference of counsel pursuant to L.R. 7-3.

*Respectfully submitted,*

Dated: August 2, 2021.        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   */s/ Jennifer G. Redmond*
       JENNIFER G. REDMOND

       *Attorneys for Defendant*
       COMPASS, INC.

SMRH:4845-1479-2175.1

SMRH:4842-0984-6514.1